Howard Wollitz [SBN 58674]
Lisa Kralik Hansen [SBN 149455]
CHARLSTON, REVICH & WOLLITZ LLP
1925 Century Park East, Suite 1250
Los Angeles, California 90067
Tel: (310) 551-7006 • Fax: (310) 203-9321
Email: hwollitz@crwllp.com
       lhansen@crwllp.com

Attorneys for Plaintiff
GEMINI INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEMINI INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN J. BARRY IRON WORKS, a solely owned California entity; TIFFANY GARDENS, L.P., a California limited partnership; SAN FRANCISCO TIFFANY GARDENS, LLC, a California limited liability company; JOHN PAT SULLIVAN, an individual; JEREMIAH JOHN CULLINANE, an individual; EILEEN M. LONG, an individual; BRIAN P. MALONEY, an individual; JOHN SULLIVAN BUILDERS, a solely owned California entity; JOHN SULLIVAN BUILDERS, INC., a California corporation; JPS BUILDERS, INC., a California corporation,<br><br>Defendants. | Case No.: CV 11-05519 JSC<br><br>**ORDER ON STIPULATION TO FILE FIRST AMENDED COMPLAINT;**<br><br>**STIPULATION TO FILE FIRST AMENDED COMPLAINT;**<br><br>**[PROPOSED] FIRST AMENDED COMPLAINT** |

IT IS HEREBY ORDERED THAT, pursuant to the stipulation of the parties attached hereto as Exhibit 1, the First Amended Complaint of Plaintiff GEMINI INSURANCE COMPANY ("Gemini") is deemed filed as of the date of this Order.

{00054913.DOC 1}                                    1

1
2       The Summons shall be issued for named Defendant San Francisco Tiffany Gardens
3 Homeowners Association.
4
5 Dated:   March 14, 2012                         *Jacqueline S. Corley*
                                                                      United States Magistrate Judge
6                                                                       Jacqueline Scott Corley

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28