1  Howard Wollitz [SBN 58674]
   Lisa Kralik Hansen [SBN 149455]
2  CHARLSTON, REVICH & WOLLITZ LLP
   1925 Century Park East, Suite 1250
3  Los Angeles, California 90067
   Tel: (310) 551-7006 • Fax: (310) 203-9321
4  Email: hwollitz@crwllp.com
          lhansen@crwllp.com
5
   Attorneys for Plaintiff
6  GEMINI INSURANCE COMPANY

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  GEMINI INSURANCE COMPANY, a Delaware corporation,<br>12<br>13              Plaintiff,<br>14       v.<br>15  KEVIN J. BARRY IRON WORKS, a solely owned California entity; TIFFANY GARDENS, L.P., a California limited partnership; SAN FRANCISCO TIFFANY GARDENS, LLC, a California limited liability company; JOHN PAT SULLIVAN, an individual; JEREMIAH JOHN CULLINANE, an individual; EILEEN M. LONG, an individual; BRIAN P. MALONEY, an individual; JOHN SULLIVAN BUILDERS, a solely owned California entity; JOHN SULLIVAN BUILDERS, INC., a California corporation; JPS BUILDERS, INC., a California corporation; SAN FRANCISCO TIFFANY GARDENS HOMEOWNERS ASSOCIATION, a California non-profit mutual benefit corporation,<br>23<br>24              Defendants. | Case No.: CV 11-05519 JSC<br><br>**STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE SET FOR JUNE 14, 2012;**<br><br>**ORDER** (AMENDED) |

25

26     The parties, hereto, by and between their respective counsel of record, agree and stipulate

27  as follows:

28

{00059621.DOC 1}                           1
                Stipulation To Continue Further CMC Set For June 14, 2012; Order

1.     1.     The underlying action with regard to Gemini's insured, Kevin J. Barry Iron Works, has been settled and the motion for good faith settlement determination is set for hearing in that action on June 13, 2012.

2.     2.     Kevin J. Barry Iron Works has not yet entered its appearance in this action, in light of the settlement of the underlying action.

3.     3.     The San Francisco Tiffany Gardens Homeowners Association has not yet entered its appearance in this action, in light of the settlement of the underlying action.

4.     4.     Upon the underlying action being fully resolved as to Kevin J. Barry Iron Works, Gemini will be dismissing this declaratory judgment action.

5.     5.     A further Case Management Conference is set in this action for June 14, 2012. The parties agree and stipulate to a continuance of the further Case Management Conference for a period of 45-60, or until August 16, 2012 or other date as set by the court. It is anticipated that a further Case Management Conference will be unnecessary as Gemini intends to dismiss this action upon resolution of the underlying action as to Kevin J. Barry Iron Works.

CHARLSTON, REVICH & WOLLITZ LLP


S/ HOWARD WOLLITZ
HOWARD WOLLITZ
Attorneys for Plaintiff,
GEMINI INSURANCE COMPANY


LUCE FORWARD HAMILTON & SCRIPPS LLP


S/ DENIS FRANCIS SHANAGHER
DENIS FRANCIS SHANAGHER
Attorneys for Defendants,
TIFFANY GARDENS, L.P., SAN FRANCISCO TIFFANY GARDENS, LLC, JOHN PAT SULLIVAN, JEREMIAH JOHN CULLINANE, EILEEN M. LONG, BRIAN P. MALONEY, JOHN SULLIVAN BUILDERS, JOHN SULLIVAN BUILDERS, INC., and JPS BUILDERS, INC.

## ORDER

1
2   IT IS SO ORDERED that the further Case Management Conference set for June 14, 2012
3   shall be continued to ~~August 16, 2012 at 2:00 p.m.~~ August 23, 2012 at 1:30 p.m.  Counsel for plaintiff Gemini Insurance
4   Company shall give notice to the defendants which have not yet entered their appearance in the
5   lawsuit.
6
7
8   Dated:___June 7, 2012_____          _____/s/ Jacqueline S. Corley_____
                                              United States Magistrate Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

{00059621.DOC 1}                        3                         CV 11-05519 JSC
Stipulation To Continue Further CMC Set For June 14, 2012; Order

# CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2012, the foregoing **STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE SET FOR JUNE 14, 2012; ORDER** was electronically filed with the Clerk of the Court for the United States District Court, Northern District of California, by using the CM/ECF Electronic Filing System.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants who are not registered CM/ECF users will be served via U.S. Mail.

| | |
|---|---|
| Denis Francis Shanagher<br>Luce Forward Hamilton & Scripps LLP<br>121 Spear Street, Suite 200<br>San Francisco, CA 94105<br><br>Attorneys for Defendants,<br>TIFFANY GARDENS, L.P., SAN FRANCISCO TIFFANY GARDENS, LLC, JOHN PAT SULLIVAN, JEREMIAH JOHN CULLINANE, EILEEN M. LONG, BRIAN P. MALONEY, JOHN SULLIVAN BUILDERS, JOHN SULLIVAN BUILDERS, INC., and JPS BUILDERS, INC. | Daniel L. Rottinghaus<br>Berding & Weil, LLP<br>3240 Stone Valley Road West<br>Alamo, California 94507<br><br>Attorneys for Defendant<br>SAN FRANCISCO TIFFANY GARDENS HOMEOWNERS ASSOCIATION |

Kevin J. Barry
Kevin J. Barry Iron Works
1424 Balboa Street
San Francisco, CA 94118-3517

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 6, 2012, at Los Angeles, California.

*/s/ Joey Lamphier*
JOEY LAMPHIER