Howard Wollitz [SBN 58674]
Lisa Kralik Hansen [SBN 149455]
CHARLSTON, REVICH & WOLLITZ LLP
1925 Century Park East, Suite 1250
Los Angeles, California 90067
Tel: (310) 551-7006 • Fax: (310) 203-9321
Email: hwollitz@crwllp.com
　　　　lhansen@crwllp.com

Attorneys for Plaintiff
GEMINI INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEMINI INSURANCE COMPANY, a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>KEVIN J. BARRY IRON WORKS, a solely owned California entity; TIFFANY GARDENS, L.P., a California limited partnership; SAN FRANCISCO TIFFANY GARDENS, LLC, a California limited liability company; JOHN PAT SULLIVAN, an individual; JEREMIAH JOHN CULLINANE, an individual; EILEEN M. LONG, an individual; BRIAN P. MALONEY, an individual; JOHN SULLIVAN BUILDERS, a solely owned California entity; JOHN SULLIVAN BUILDERS, INC., a California corporation; JPS BUILDERS, INC., a California corporation; SAN FRANCISCO TIFFANY GARDENS HOMEOWNERS ASSOCIATION, a California non-profit mutual benefit corporation,<br><br>　　　　　　Defendants. | Case No.: CV 11-05519 JSC<br><br>**STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE SET FOR JUNE 14, 2012;**<br><br>**ORDER** (AMENDED) |

　　The parties, hereto, by and between their respective counsel of record, agree and stipulate as follows:

1. The underlying action with regard to Gemini's insured, Kevin J. Barry Iron Works, has been settled and the motion for good faith settlement determination is set for hearing in that action on June 13, 2012.

2. Kevin J. Barry Iron Works has not yet entered its appearance in this action, in light of the settlement of the underlying action.

3. The San Francisco Tiffany Gardens Homeowners Association has not yet entered its appearance in this action, in light of the settlement of the underlying action.

4. Upon the underlying action being fully resolved as to Kevin J. Barry Iron Works, Gemini will be dismissing this declaratory judgment action.

5. A further Case Management Conference is set in this action for June 14, 2012. The parties agree and stipulate to a continuance of the further Case Management Conference for a period of 45-60, or until August 16, 2012 or other date as set by the court. It is anticipated that a further Case Management Conference will be unnecessary as Gemini intends to dismiss this action upon resolution of the underlying action as to Kevin J. Barry Iron Works.

CHARLSTON, REVICH & WOLLITZ LLP


S/ HOWARD WOLLITZ
HOWARD WOLLITZ
Attorneys for Plaintiff,
GEMINI INSURANCE COMPANY


LUCE FORWARD HAMILTON & SCRIPPS LLP


S/ DENIS FRANCIS SHANAGHER
DENIS FRANCIS SHANAGHER
Attorneys for Defendants,
TIFFANY GARDENS, L.P., SAN FRANCISCO TIFFANY GARDENS, LLC, JOHN PAT SULLIVAN, JEREMIAH JOHN CULLINANE, EILEEN M. LONG, BRIAN P. MALONEY, JOHN SULLIVAN BUILDERS, JOHN SULLIVAN BUILDERS, INC., and JPS BUILDERS, INC.

## ORDER

IT IS SO ORDERED that the further Case Management Conference set for June 14, 2012 shall be continued to ~~August 16, 2012 at 2:00 p.m.~~ August 23, 2012 at 1:30 p.m. Counsel for plaintiff Gemini Insurance Company shall give notice to the defendants which have not yet entered their appearance in the lawsuit.

Dated: June 7, 2012

*Jacqueline S. Corley*
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2012, the foregoing **STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE SET FOR JUNE 14, 2012; ORDER** was electronically filed with the Clerk of the Court for the United States District Court, Northern District of California, by using the CM/ECF Electronic Filing System.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants who are not registered CM/ECF users will be served via U.S. Mail.

Denis Francis Shanagher
Luce Forward Hamilton & Scripps LLP
121 Spear Street, Suite 200
San Francisco, CA 94105

Attorneys for Defendants,
TIFFANY GARDENS, L.P., SAN FRANCISCO TIFFANY GARDENS, LLC, JOHN PAT SULLIVAN, JEREMIAH JOHN CULLINANE, EILEEN M. LONG, BRIAN P. MALONEY, JOHN SULLIVAN BUILDERS, JOHN SULLIVAN BUILDERS, INC., and JPS BUILDERS, INC.

Daniel L. Rottinghaus
Berding & Weil, LLP
3240 Stone Valley Road West
Alamo, California 94507

Attorneys for Defendant
SAN FRANCISCO TIFFANY GARDENS HOMEOWNERS ASSOCIATION

Kevin J. Barry
Kevin J. Barry Iron Works
1424 Balboa Street
San Francisco, CA 94118-3517

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 6, 2012, at Los Angeles, California.

_____
JOEY LAMPHIER